SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
MICHAEL G. FREEDMAN (Cal. Bar No. 281279)
Assistant United States Attorney
General Crimes Section
1500 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-0631
Facsimile: (213) 894-0141
E-mail: michael.freedman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
May 12, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: VPC DEPUTY

UNDER SEAL

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GARY RESNIK, et al.,<br><br>Defendants. | No. CR 16-201-SJO<br><br><u>EX PARTE APPLICATION TO UNSEAL PREVIOUSLY SEALED DOCUMENTS</u> |

Plaintiff, United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorney Michael G. Freedman, hereby files this <u>ex parte</u> application for a court order unsealing previously sealed documents. None of the defendants objects to this request or its being made on an <u>ex parte</u> basis.

//

//

//

//

//

This application is based upon the attached memorandum of points and authorities, Declaration of Michael G. Freedman, and the files and records in this case.

Dated: May 11, 2017

Respectfully submitted,

SANDRA R. BROWN
Acting United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

/s/
MICHAEL G. FREEDMAN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**MEMORANDUM OF POINTS AND AUTHORITIES**

The government applies ex parte for an order unsealing the warrants and accompanying documents previously filed under seal in the investigation of this case. During the investigation of this case prior to indictment, the government filed numerous applications accompanied by affidavits seeking search warrants, GPS warrants, and tracking device warrants. (Declaration of Michael G. Freedman ("Freedman Decl."), ¶ 2.) The applications and affidavits were filed under numerous miscellaneous case numbers with various magistrate judges. (Id.) The applications and affidavits, as well as the warrants that were issued, were filed under seal. (Id.) No defense counsel objects to this application or its being made on an ex parte basis. (Id., ¶ 5.)

The indictment in this case was filed on March 29, 2016, and the case is currently scheduled for trial on June 13, 2017. (Freedman Decl., ¶ 3.) The government is in the process of producing discovery to defendants, and has determined that the warrants as well as the applications and affidavits previously filed during the investigation phase fall within the government's discovery obligations. (Id.) The government intends to produce these documents to defendants once they are unsealed. (Id.)

The warrants for which the government seeks an order unsealing the warrants' accompanying applications, affidavits, and contemporaneously filed sealing application and orders are as follows:

| CASE NUMBER | TYPE OF DOCUMENT | JUDGE | DATE FILED |
|---|---|---|---|
| 15-1192M | Search Warrant | Hon. Alka Sagar | June 23, 2015 |
| 15-1193M | Search Warrant | Hon. Alka Sagar | June 23, 2015 |
| 15-1194M | Search Warrant | Hon. Alka Sagar | June 23, 2015 |
| 15-1320M | Search Warrant | Hon. John E. McDermott | June 15, 2015 |
| 15-1777M | GPS Warrant | Hon. Rozella Oliver | September 25, 2015 |
| 15-2088M | Tracking Device Warrant | Hon. Andrew J. Wistrich | October 30, 2015 |
| 15-2089M | Tracking Device Warrant | Hon. Andrew J. Wistrich | October 30, 2015 |
| 15-2138M | GPS Warrant | Hon. Alicia G. Rosenberg | November 4, 2015 |
| 16-0018M | Tracking Device Warrant | Hon. Andrew J. Wistrich | January 7, 2016 |
| 16-0019M | Tracking Device Warrant | Hon. Andrew J. Wistrich | January 7, 2016 |
| 16-0195M | Search Warrant | Hon. Suzanne H. Segal | January 28, 2016 |
| 16-0261M | Tracking Device Warrant | Hon. Frederick F. Mumm | February 9, 2016 |
| 16-0367M | Tracking Device Warrant | Hon. Charles F. Eick | February 22, 2016 |
| 16-0368M | Tracking Device Warrant | Hon. Charles F. Eick | February 22, 2016 |

| | | | |
|---|---|---|---|
| 16-0495M | Search Warrant | Hon. Charles F. Eick | March 8, 2016 |
| 16-0496M | Search Warrant | Hon. Charles F. Eick | March 8, 2016 |
| 16-0497M | Search Warrant | Hon. Charles F. Eick | March 8, 2016 |
| 16-0498M | Search Warrant | Hon. Charles F. Eick | March 8, 2016 |
| 16-00499M | Search Warrant | Hon. Charles F. Eick | March 8, 2016 |
| 16-0500M | Search Warrant | Hon. Charles F. Eick | March 8, 2016 |
| 16-0514M | Search Warrant | Hon. Gail Standish | March 10, 2016 |
| 16-1191M | Search Warrant | Hon. Charles F. Eick | June 9, 2016 |
| 16-1192M | Search Warrant | Hon. Charles F. Eick | June 9, 2016 |
| SA 15-193M | Tracking Device Warrant | Hon. Douglas F. McCormick | April 13, 2015 |
| SA 15-247 | GPS Warrant | Hon. Jay C. Gandhi | May 8, 2015 |

# DECLARATION OF MICHAEL G. FREEDMAN

1. I am an Assistant United States Attorney ("AUSA") in the Central District of California. I am the AUSA assigned to United States v. Resnik, et al., 16-201-SJO for purposes of trial. I was assigned to this case following the filing of the indictment.

2. During the investigation of this case prior to indictment, the government filed numerous applications accompanied by affidavits seeking search warrants, GPS warrants, and tracking device warrants. The applications and affidavits were filed under numerous miscellaneous case numbers with various magistrate judges. The applications and affidavits, as well as the warrants that were issued, were filed under seal.

3. The indictment in this case was filed on March 29, 2016, and the case is currently scheduled for trial on June 13, 2017. The government is in the process of producing discovery to defendants, and has determined that the warrants as well as the applications and affidavits previously filed during the investigation phase fall within the government's discovery obligations. The government intends to produce these documents to defendants once they are unsealed.

4. Below is a table summarizing the warrants that were obtained, the case number associated with each warrant, the magistrate judge who issued each warrant, and the date on which each warrant was issued. The government seeks to unseal each of these warrants, along with the accompanying affidavits, applications, and contemporaneously filed sealing documents.

| CASE NUMBER | TYPE OF DOCUMENT | JUDGE | DATE FILED |
|---|---|---|---|
| 15-1192M | Search Warrant | Hon. Alka Sagar | June 23, 2015 |
| 15-1193M | Search Warrant | Hon. Alka Sagar | June 23, 2015 |
| 15-1194M | Search Warrant | Hon. Alka Sagar | June 23, 2015 |
| 15-1320M | Search Warrant | Hon. John E. McDermott | June 15, 2015 |
| 15-1777M | GPS Warrant | Hon. Rozella Oliver | September 25, 2015 |
| 15-2088M | Tracking Device Warrant | Hon. Andrew J. Wistrich | October 30, 2015 |
| 15-2089M | Tracking Device Warrant | Hon. Andrew J. Wistrich | October 30, 2015 |
| 15-2138M | GPS Warrant | Hon. Alicia G. Rosenberg | November 4, 2015 |
| 16-0018M | Tracking Device Warrant | Hon. Andrew J. Wistrich | January 7, 2016 |
| 16-0019M | Tracking Device Warrant | Hon. Andrew J. Wistrich | January 7, 2016 |
| 16-0195M | Search Warrant | Hon. Suzanne H. Segal | January 28, 2016 |
| 16-0261M | Tracking Device Warrant | Hon. Frederick F. Mumm | February 9, 2016 |
| 16-0367M | Tracking Device Warrant | Hon. Charles F. Eick | February 22, 2016 |
| 16-0368M | Tracking Device Warrant | Hon. Charles F. Eick | February 22, 2016 |

| | | | |
|---|---|---|---|
| 16-0495M | Search Warrant | Hon. Charles F. Eick | March 8, 2016 |
| 16-0496M | Search Warrant | Hon. Charles F. Eick | March 8, 2016 |
| 16-0497M | Search Warrant | Hon. Charles F. Eick | March 8, 2016 |
| 16-0498M | Search Warrant | Hon. Charles F. Eick | March 8, 2016 |
| 16-00499M | Search Warrant | Hon. Charles F. Eick | March 8, 2016 |
| 16-0500M | Search Warrant | Hon. Charles F. Eick | March 8, 2016 |
| 16-0514M | Search Warrant | Hon. Gail Standish | March 10, 2016 |
| 16-1191M | Search Warrant | Hon. Charles F. Eick | June 9, 2016 |
| 16-1192M | Search Warrant | Hon. Charles F. Eick | June 9, 2016 |
| SA 15-193M | Tracking Device Warrant | Hon. Douglas F. McCormick | April 13, 2015 |
| SA 15-247 | GPS Warrant | Hon. Jay C. Gandhi | May 8, 2015 |

5. I have informed counsel for each defendant of the government's intention to file this application and to do so on an ex

parte basis. No defense counsel has objected to the application or its being made on an ex parte basis.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 11, 2017, in Los Angeles, California.

/s/
MICHAEL G. FREEDMAN
Assistant United States Attorney